David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Stephen A. Watkins (SBN 205175)
watkinss@cmtlaw.com
CARLSON & MESSER LLP
5901 W. Century Boulevard, Suite 1200
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile
Attorneys for Defendant
DIRECT RECOVERY SERVICES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA MEYER, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>DIRECT RECOVERY SERVICES LLC, a Corporation; DOES 1-10 Inclusive,<br><br>　　　　　　　Defendant | CASE NO. 2:20-cv-02140-FMO-JPR<br><br>**NOTICE OF SETTLEMENT** |

　　　PLEASE TAKE NOTICE that a settlement in this matter has been reached between all parties.  The parties anticipate that they will complete the settlement, and file a stipulation of dismissal, within 45 days from the date of this notice.  In light of the settlement, the parties request that the Court take off calendar all future hearing dates in this case.

{00147401;1}                                             1

1
2
3   Dated: March 4, 2021             By   /s/ David J. Kaminski
4                                          David J. Kaminski
                                           Stephen A. Watkins
5                                          Attorneys for Defendant,
6                                          DIRECT RECOVERY SERVICES LLC
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **CERTIFICATE OF SERVICE**

I, David J. Kaminski, hereby certify that on this 4th day of March, 2021, a true and accurate copy of the foregoing NOTICE OF SETTLEMENT was filed through the ECF system, which will send notification of such filing to the e-mail addresses associated with this case.

/s/David J. Kaminski
David J. Kaminski
CARLSON & MESSER LLP