Case 2:20-cv-02140-SB-JPR   Document 23   Filed 03/0...   Page ID #:86

FILED
CLERK, U.S. DISTRICT COURT
March 5, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA MEYER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DIRECT RECOVERY SERVICES LLC, a Corporation; DOES 1-10 Inclusive,<br><br>Defendants. | Case No.: 2:20-cv-02140-SB-JPR<br><br>ORDER TO SHOW CAUSE RE: DISMISSAL |

Defendant filed a notice of settlement on March 4, 2021.

IT IS HEREBY ORDERED that the parties are to show cause why the action should not be dismissed with prejudice on April 30, 2021 at 8:30 a.m.  If the parties file a proposed order to dismiss the entire action with prejudice by April 23, 2021, the OSC shall be taken off calendar without further notice.  Otherwise, the parties shall appear at the OSC hearing.

IT IS FURTHER ORDERED that all other hearings and deadlines are vacated.

**NOTICE**:  The parties are advised that *the Court will not continue the OSC hearing*, absent a detailed, compelling showing why the settlement has not been completed, and the parties should be prepared for the Court to set a trial date.

Dated:  March 5, 2021

Stanley Blumenfeld, Jr.
United States District Judge