JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MELISSA MEYER, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

DIRECT RECOVERY SERVICES LLC, a Corporation; DOES 1-10 Inclusive,

Defendant

Case No. 2:20-cv-02140-SB-JPR

**ORDER TO DISMISS WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO CLASS CLAIMS.**

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

Dated:  April 24, 2021

_SBCB_____
Stanley Blumenfeld, Jr.
United States District Judge

Order to Dismiss - 1